CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2011

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JIMMY D. ADKINS,  )<br>    Plaintiff,  )<br> )<br>v.  )<br> )<br>PITTSYLVANIA COUNTY JAIL, <u>et al.</u>,  )<br>    Defendants.  ) | Civil Action No. 7:11-cv-00032<br><br><u>ORDER</u><br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This ___31st___ day of January, 2011.

                                          */s/ James C. Turk*
                                    Senior United States District Judge